**FILED**

DEC 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,　　) <br> 　　　　　　　　　　　　　　　) <br> 　　　　Plaintiffs,　　　　　) <br> 　　　　　　　　　　　　　　　) <br> 　vs.　　　　　　　　　　　　) <br> 　　　　　　　　　　　　　　　) <br> RUBEN ECHEVERRIA,　　　　　　) <br> 　　　　　　　　　　　　　　　) <br> 　　　　Defendant.　　　　　　) <br> _____) | No. 1:08-CR-00245 LJO <br> 　　　1:08-CR-00341 LJO <br> <br> ORDER OF RELEASE |

　　　The above named defendant having been sentenced on December 19, 2011, to Time Served,

　　　IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: December 19, 2011

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　U.S. District Judge

1