# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**RUBEN ECHEVERRIA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Numbers: **1:08CR00245-001 LJO**
**1:08CR00341-001 LJO**

Victor Chavez
Defendant's Attorney

**THE DEFENDANT:**
[X]   admitted guilt to violation of charge 1  as alleged in the violation petition filed on 12/18/2012 .
[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | FAILURE TO COMPLETE UP TO 120 DAYS AT TURNING POINT REHABILITATION RECOVERY CENTER (RRC) | 12/11/2012 |

The court: [X] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  1/30/2009  AND REINSTATED  ON 3/5/2012  .

   The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]   Appeal Rights GIVEN.

   **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

September 23, 2013
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

September 30, 2013
Date

## IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 months on case number 1:08CR00245 and 12 months on case number 1:08cr00341 to run concurrent for a total term of 12 months.

[]   No TSR: Defendant shall cooperate in the collection of DNA.

[X]   The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.  Mendota, CA

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

   Defendant delivered on_____ to
at _____ , with a certified copy of this judgment.

                      UNITED STATES MARSHAL

                      By
                      Deputy U.S. Marshal